RANDY L. ROYAL, TRUSTEE
CHAPTER 7 TRUSTEE
524 5TH AVE. SOUTH
P.O. BOX 551
GREYBULL, WY 82426
PHONE: (307) 765-4433
FAX: (307) 765-9563

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2011 MAY 18 AM 11: 34

TIM J. ELLIS

BY
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In Re: )
   CARSON, SR., GAYLIN EUGENE )  Case No. 11-20287 PJM
   CARSON, JEANNETTE ANN )
)
)
   Debtor(s) )

**TRANSMITTAL OF UNCLAIMED FUNDS**

   I, RANDY L. ROYAL, TRUSTEE, Trustee of the above-estate, hereby respectfully reports:

   1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

   2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| NCO FINANCIAL SYSTEMS, INC. | 10540 WHITE ROCK RD, STE. 250 RANCHO CORDOVA, CA 95670 | $199.10 |

   3. That the Trustee's check for $199.10 payable to the U.S. Bankruptcy Clerk, is attached to this report and list.

   DATED this 9 day of May, 2011.

_____
RANDY L. ROYAL, TRUSTEE, Trustee in Bankruptcy